JAMES N. JOB, *Appellant, v.* THOMAS DAVIDSON, *Respondent.* — Judgment and order reversed; new trial granted, costs to abide event. Opinion by BOCKES, J.

JOHN R. PUTNAM, *Respondent, v.* SYLVANUS D. GUION and CHARLES H. COOPER, *Appellants.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

JOHN MCMAHON, *Appellant, v.* THE PORT HENRY IRON ORE COMPANY OF LAKE CHAMPLAIN, *Respondent.* — Reargument ordered. BOCKES, J., not acting.

WILLIAM W. WOOD, *Respondent, v.* CHARLES L. KNAPP, *Appellant.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

JOHN REED, *Appellant and Respondent, v.* GEORGE MCCONNELL and WALTER L. GARDNER, *Appellants and Respondents.* — Reargument ordered. BOCKES, J., not acting.

WILLIAM N. BROCKWAY, *Respondent, v.* JEFFERSON GODELL, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOCKES, J.

BERNARD TAUSICK, *Respondent, v.* ISAAC SMITH and ALEXANDER FRANK, *Appellants.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

DENNIS G. LITTLEFIELD *v.* ALBANY COUNTY BANK. — Judgment affirmed, with costs. Opinion by BOCKES, J., and by LEARNED, P. J., dissenting.

SOLON CONKLIN, *Respondent, v.* WILLIAM O. DOUGLAS, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

WILLIAM SHUTTER, *Appellant v.* WALTER E. WARD, *Respondent.* — Judgment of County Court affirmed, with costs. Opinion by WESTBROOK, J.

ROBERT SATTERLY, *Appellant, v.* ROBERT WINNE and others, *Respondents.* — New trial granted, costs to abide event. Opinion by BOCKES, J.; WESTBROOK, J., not acting.

IN THE MATTER OF THE ATTORNEY-GENERAL, *Appellant, v.* THE CONTINENTAL LIFE INSURANCE COMPANY, *Respondent.* (CLAIM OF MORGAN A. DAYTON, JR., *Deceased, for Referee's Fees.*) — Order reversed in all respects, with ten dollars costs and printing disbursements. Motion to confirm denied, with ten dollars costs. Opinion by LEARNED, P. J.; WESTBROOK, J., not acting.

IN THE MATTER OF THE ATTORNEY-GENERAL, *Appellant, v.* THE CONTINENTAL LIFE INSURANCE COMPANY. (MATTER OF WINGATE & CULLEN.) — Order reversed, with ten dollars costs and printing disbursements. Reference discharged. Motion for confirmation denied, with ten dollars costs. Order to be settled by BOCKES, J. Opinion by BOCKES, J.; WESTBROOK, J., not acting.